UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSHUA JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-4939** |
| **N. BURL CAIN, WARDEN** | **SECTION "J"(5)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Joshua Johnson for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITHOUT PREJUDICE for failure to exhaust his state court remedies**.

New Orleans, Louisiana, this 31st day of July, 2014.

_____
**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**